IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph J. Studnek,<br><br>        Plaintiff,<br><br>vs.<br><br>Ambassador of Global Missions, et al.,<br><br>        Defendants. | No.  CIV 04-0595-PHX-MHM<br><br>**REPORT AND RECOMMENDATION REGARDING SETTLEMENT AND ORDER** |

The Court conducted a settlement conference among the parties except for Defendants Joel David and Cindy David who did not appear.[1] The appearing parties reached an agreement but final settlement will require approval of the settlement agreement by the probate court with jurisdiction over the Plaintiff's estate (which is in Alaska) and the payment of the settlement monies. Thus, it is the settlement judge's view that the litigation should be stayed pending the approval of the settlement by the probate court and pending complete satisfaction of the

---

[1] It is unclear whether Defendants Joel David and Cindy David received notice of the Order of the Court setting the settlement conference. It does not appear that they received a copy of the Order from the Court as the docket does not contain an address for these unrepresented parties. However, these Defendants' Motions to Dismiss (Docket Nos. 108 and 109) does set forth an address of 276 Ano Ave., San Lorenzo, California 94580. Defendants' Exhibit A to their motions set forth an address of 270 Ano Ave. However, Mr. David informed the settlement judge in a telephone call on September 20, 2006, that the correct street number is "271".

    The Settlement Judge has contacted Mr. David and will continue settlement discussions with the parties regarding the claims against these September 20, 2006 Defendants.

1 payment obligations pursuant to the settlement agreement. It is anticipated that Plaintiff's 2 counsel will act with all deliberate speed to present the settlement agreement to the probate 3 court but that the probate court's review may take some time (in no event less than 30 days). 4 Upon approval of the settlement agreement, the final settlement payment will be due in 45 days. 5 It will be at this time that the parties will be in a position to submit a stipulation for dismissal 6 with prejudice for the District Court's approval. The settlement judge ordered the parties to 7 provide a notice to the District Court on November 29, 2006, regarding the status of the probate 8 court proceedings and to provide further status reports to the Court every sixty days thereafter.

9 Accordingly, IT IS RECOMMENDED that the District Court stay the litigation pending 10 final effectuation of the settlement and take no action on any pending matter in light of the fact 11 that the parties have reached an agreement regarding settlement.

12 IT IS FURTHER ORDERED that the Clerk update the Docket to reflect the addresses 13 for the David Defendants as set forth on their Motions to Dismiss. In addition, the Clerk shall 14 also mail a copy of this Report and Recommendation and Order to the David Defendants at the 15 following addresses:

16 276 Ano Ave.
San Lorenzo, CA 94580
17
270 Ano Ave.
18 San Lorenzo, CA 94580

19 271 Ano Ave.
San Lorenzo, CA 94580
20

21 IT IS FURTHER ORDERED that JOEL and CINDY DAVID FILE a notice with the 22 Clerk within thirty (30) days of this date setting forth their correct address(es).

23 DATED this 20th day of September, 2006.

_____
David K. Duncan
United States Magistrate Judge

- 2 -