IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph J. Studnek,<br><br>        Plaintiff,<br><br>vs.<br><br>Ambassador of Global Missions, et al.,<br><br>        Defendants. | No. CIV 04-0595-PHX-MHM<br><br>**SECOND REPORT AND RECOMMENDATION REGARDING SETTLEMENT AND ORDER** |

TO THE HON. MARY H. MURGUIA, U.S. DISTRICT JUDGE:

    After further settlement discussions among the parties the undersigned reports that no settlement was reached with respect to Plaintiff's claims against Defendants Joel and Cindy David. Although the settlement judge previously recommended that the Court abstain from any further action in the case pending the Alaska probate court's approval of the settlement reached by all of the other parties, this rationale for a stay does not apply to any matters in the litigation pertaining to the David Defendants.

    Because Mr. David informed the settlement judge that he did not receive the Court's Settlement Conference Order the undersigned will take no further action with respect to the David Defendants' nonappearance at the settlement conference. Mr. David has also avowed to the undersigned that his proper mailing address is 271 Ano Avenue, San Lorenzo, CA 94580.

1 **IT IS ORDERED** that the Clerk update the docket to reflect this address.

2 DATED this 26th day of September, 2006.

_____
David K. Duncan
United States Magistrate Judge

- 2 -