**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Estate of Joseph J. Studnek, by and through its Personal Representative, Joseph M. Studnek, <br><br> Plaintiff, <br><br> vs. <br><br> Ambassador of Global Missions UN Limited, and his Successors, et al., <br><br> Defendants. | No. CIV-04-595-PHX-MHM <br><br> **ORDER** |

This case was referred to United States Magistrate Judge David K. Duncan for a settlement conference. Judge Duncan has filed a first and second Report and Recommendation (Doc. 153 and 155) which indicate that this case has settled as to all Defendants except for Defendants Joel David and Cindy David. The first Report states that the appearing parties reached an agreement but final settlement will require approval of the settlement agreement by the probate court with jurisdiction over Plaintiff's estate, which is in Alaska, and the payment of the settlement monies. The Magistrate Judge has further recommended that this litigation be stayed as to Plaintiff's claims against the settling Defendants pending the approval of the settlement by the probate court and pending complete satisfaction of the payment obligations pursuant to the settlement agreement. The probate court's review may take some time (in no event less than 30 days). Upon approval of the

settlement agreement, the final settlement payment will be due in 45 days. The Magistrate Judge's second Report and Recommendation states that no settlement was reached as to Defendants Joel David and Cindy David and that this case should not be stayed as to the David Defendants. This Court agrees with the first and second Report and Recommendation of the Magistrate Judge.

**Accordingly,**

**IT IS ORDERED** adopting the first and second Report and Recommendation of the Magistrate Judge (Doc. 153 and 155) as the order of this Court.

**IT IS FURTHER ORDERED** that this case is stayed as to Plaintiff's claims against all Defendants except Defendants Joel David and Cindy David.

**IT IS FURTHER ORDERED** that Defendant Joseph L. Williams' motion to dismiss for lack of jurisdiction (Doc. 94) is denied as moot.

**IT IS FURTHER ORDERED** that Defendant El Shaddai Ministries' motion to dismiss the second amended complaint (Doc. 97) is denied as moot.

**IT IS FURTHER ORDERED** that Defendant Second Chance Christian Ministries and Michael Cambra's motion to dismiss the second amended complaint (Doc. 104) is denied as moot.

**IT IS FURTHER ORDERED** that Defendant Global Missions' motion to extend deadlines for discovery and dispositive motions (Doc. 121) is denied as moot.

DATED this 8th day of November, 2006.

_____
Mary H. Murguia
United States District Judge

- 2 -